**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
SR. DEPUTY CHIEF PROBATION OFFICER

BETH L. NEUGASS
DEPUTY CHIEF PROBATION OFFICER

October 14, 2014

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Dennis M. Cavanaugh
United States District Court Judge
Martin Luther King Jr. Federal Bldg. & Courthouse
PO Box 0999
Newark, New Jersey 07102

RE: JOHNSON, William
Dkt. No. 04-00381-001
Notice of Non-Compliance

Dear Judge Cavanaugh:

On March 26, 2006, the above-referenced individual was sentenced by Your Honor to 88 months custody and four years supervised release for the offense of Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine. Johnson was ordered to pay a $100 special assessment fee (satisfied), and to abide by the following special conditions: substance abuse testing/treatment, sex offender registration (completed), and DNA collection.

The offender commenced his term of supervised release in the District of New Jersey on May 22, 2012. As the enclosed petition attests, the offender tested positive for THC (marijuana) during a random urine test administered by the probation officer on October 7, 2014. The offender admitted to having smoked the substance two days prior.

Overall, the offender has been compliant with the conditions of his supervised release. Therefore, at this time, the probation office respectfully requests to continue monitoring the offender and will increase random urine monitoring. The offender has been verbally reprimanded for his actions, as this is his second positive urinalysis for narcotics use. The probation office respectfully requests that Your Honor sign the enclosed petition ordering that the offender complete the probation office's Moral Reconation Therapy workshop, specific to repeat narcotics users, as a response to his noncompliance. The offender has been warned that any further positives will lead to intenser sanctions and treatment. If Your Honor wishes to discuss this matter in greater detail or desires a court appearance from the offender, please contact the undersigned officer at (973) 445-8120.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer
Gisella M. Bassolino
2014.10.14
10:06:48 -04'00'

By: Gisella M. Bassolino
U.S. Probation Officer

Carolee Ann Azzarello
2014.10.14
10:31:37 -04'00'

/gmb
Enclosure

PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: William Johnson                                             Cr.: 04-00381-001
                                                                              PACTS #: 32271

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh
                                     United States District Judge

Date of Original Sentence: 03/26/06

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine

Original Sentence: 88 months custody; four years supervised release; $100 special assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/22/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the special supervision condition which states
                    'ALCOHOL/DRUG TESTING AND TREATMENT

                    You shall refrain from the illegal possession and use of drugs, including
                    prescription medication not prescribed in your name, and the use of alcohol,
                    and shall submit to urinalysis or other forms of testing to ensure compliance.
                    It is further ordered that you shall submit to evaluation and treatment, on
                    an outpatient or inpatient basis, as approved by the U.S. Probation Office.
                    You shall abide by the rules of any program and shall remain in treatment
                    until satisfactorily discharged by the Court. You shall alert all medical
                    professionals of any prior substance abuse history, including any prior
                    history of prescription drug abuse. The Probation Officer shall supervise
                    your compliance with this condition.'

                    During a home visit at the offender's residence on October 7, 2014, the offender
                    was asked to submit to a random urinalysis. He provided the specimen, which
                    when tested via a 10-panel instant test, returned positive results for marijuana.
                    The offender admitted he had smoked the drug two days prior.

PROB 12A - Page 2
William Johnson

U.S. Probation Officer Action:

The aforementioned represents the offender's second positive results since commencing supervised release on May 22, 2012. (Your Honor was previously informed of his first positive marijuana results via a Probation Form 12A submitted to the Court on August 3, 2013.) He has been verbally reprimanded for his actions and advised that the Court would be again notified of his non-compliance. If Your Honor approves, the probation office will increase urine monitoring for illicit drug use detection and will place the offender in the office's Moral Reconation Therapy program, specific to repeat narcotics users, which will provide him guidance in redirecting his life, goals, and recognizing avoidance of continued illegal activity. The probation officer respectfully requests that the Court sign this petition, agreeing to this noncompliance response.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 10/10/14

Gisella M. Bassolino
2014.10.10 17:49:21 -04'00'

Carolee Ann Azzarello
2014.10.14 10:34:04 -04'00'

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: Have the offender complete the Moral Recognition Therapy program

Signature of Judicial Officer

10/30/2014
Date